# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:
ROBERT G. & TERESA FULTZ
DEBTOR(S)                                                                                           CASE NO. 08-22383

## AMENDED
## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

All projected disposable income is STILL not being paid into the plan.  Schedule J as amended on 5/1/09 now shows that $2,633.01 is available to fund a plan, but the plan payment is only $2,100.00.  No explanation for the discrepancy has been filed or otherwise provided to the trustee, although in reviewing the debtors' budget it would appear that a reasonable explanation could be offered.  In the absence of an explanation in support of the lower payment, the plan payment should be $2,633/month.

The debtors did add $370/month income on Schedule I based on a prorated tax refund, as requested by the trustee.  In addition, the plan also provides:    "3. Debtor's propose a step payment of $5000.00 per year from proceeds of Federal Tax and State Tax Refunds."
Since this was a 2008 case, presumably the debtors intend to turn over $5,000 in 2009 (from their 2008 tax refund), and in 2010, 2011, 2012, and 2013.  The trustee generally sets up tax refund payments to come due on May 1, so the debtors presently owe a $5,000 lump sum payment in addition to their May payment of $2,100.

The trustee calculates the "pool" amount being paid by the debtors as $135,588.00 (monthly payments plus $25,000 in tax refunds over 5 years), which will provide a dividend to unsecured creditors of approximately 67%.

If the debtors disagree with the trustee's recommendation, a written response should be filed.

The Court has continued the confirmation hearing in this matter to May 12, 2009, "**ON TERMS**."  However, the trustee would respectfully request that if the shortcomings raised by the trustee are in part attributable to errors or misunderstandings by debtors' counsel, that the debtors' case not be dismissed, and that the court consider other appropriate measures, such as a reduction in counsel's fee.

CERTIFICATE OF SERVICE
I certify that the foregoing was served via ECF on May 7, 2009.

/s/ Beverly M. Burden
For Beverly M. Burden
P O Box 2204
Lexington  KY 40588-2204
(859) 233-1527

Michael Lyons