**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

IN RE:      **ROBERT G. FULTZ**
            **TERESA FULTZ**                                        **CASE NO.08-22383**
            **DEBTORS**

## MOTION TO CONTINUE CONFIRMATION HEARING

Comes now the Debtors, by and through counsel, and moves this Honorable Court for an Order continuing the Confirmation Hearing scheduled for May 12, 2009.

GROUNDS:   Debtor, Attorney Michael W. Lyons, has received a subpoena to appear in court on the 12th day of May, 2009 at the Boone County Justice Center at 10:00 a.m. for a Grand Jury.

/s/ Michael W. Lyons
Michael W. Lyons, KBA 82747
6601 Dixie Highway
Florence, Ky. 41042
859-371-9889

## NOTICE

Notice is hereby given that the foregoing Motion will come on for hearing before the United States Bankruptcy Court, 3rd floor of the United States Courthouse, 35 West Fifth Street, Covington, Ky 41012, on the 12th day of May, 2009 at the hour of 10:00 a.m. or as soon thereafter as the parties may be heard by the Court.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by ecf and/or U.S. Mail, First Class, Postage Prepaid filing this 7th day of May, 2009 upon:

Beverly Burden, Chapter 13 Trustee
U.S. Trustee
All Creditors of Record

/s/ Michael W. Lyons