UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE William S. Howard

IN RE:   CASE NUMBER 08-22383

Robert G Fultz and Teresa Fultz

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 5/12/2009   TIME: 10:00

APPEARANCES:
Smith,
Baker,

ISSUE:

| 64 | 5/7/2009 | Motion to Continue Hearing On, filed by Michael W. Lyons (RE: related document(s)[36] Motion to Continue/Resched Hearing filed by Debtor Robert G Fultz, Joint Debtor Teresa Fultz).  (Attachments: # (1) Proposed Order)  (Lyons, Michael) |

DISPOSITION:
Sus

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Tuesday, May 12, 2009
(gwp)**