UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:                                                    CASE NO. 08-22383

ROBERT G. FULTZ
TERESA FULTZ


DEBTOR(S)

## ORDER

The court finds that this case should be and hereby is dismissed for unreasonable delay on the part of the debtor(s) that is prejudicial to creditors.


Copies to:
Debtor(s)
Trustee
Notice to All Creditors and Parties in Interest
Attorney for debtor

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Friday, June 12, 2009**
**(jms)**